Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                  Chapter 7
WILLIAM WATSON,                                              Case No. 20-

                        Debtor.
----------------------------------------------------------x

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 2017-1

Douglas J. Pick, an attorney duly admitted to practice in this Court, states:

1. I am a member of the firm Pick & Zabicki LLP, counsel to the above-captioned Debtor.

2. Prior to the filing of the petition herein, Pick & Zabicki LLP rendered the following services to the Debtor:

| SERVICE | TIME |
| --- | --- |
| Initial consultation, analysis of financial situation, preliminary advisement, etc... | 3 Hours |
| Compilation of financial information and preparation of Chapter 7 petition and schedules. | 5 Hours |
| Final revision, copying, compilation and filing of Chapter 7 petition. | 2 Hours |

3. Pick & Zabicki LLP's usual rate of compensation with regard to individual chapter 7 bankruptcy matters is on a per service basis, not an hourly basis.

Dated: New York, New York
November 16, 2020

                                    **PICK & ZABICKI LLP**
                                    Counsel to the Debtor

By: _____
      Eric C. Zabicki, Esq.
      369 Lexington Avenue, 12th Floor
      New York, New York 10017
      (212) 695-6000