Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                            Chapter 7
WILLIAM WATSON,                      Case No. 20- 44008 - NHL

                        Debtor.
-----------------------------------------------------------x

## DECLARATION IN COMPLIANCE WITH
## 11 U.S.C. § 521(a)(1)(B)(iv) REGARDING PAY STATEMENTS

WILLIAM WATSON, hereby declare as follows under penalty of perjury:

1. I am the debtor herein.

2. On November 16, 2020 (the "Petition Date"), I filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") with this Court.

3. I have not received any salary or other compensation form any employer within the 60 days before the Petition Date. As such, I did not receive any pay statements of the kind described in § 521(a)(1)(B)(iv) of the Bankruptcy Code.

4. I hereby declare, pursuant to 28 U.S.C. §1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 16, 2020

                                                            _____
                                                               WILLIAM WATSON