UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

                                                           Chapter 7

William Watson,

                                                           Case No. 20-44008-nhl

                                 Debtor.
------------------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME TO FILE
### COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that

the time period within which the Trustee may object to the debtor's discharge pursuant to 11

U.S.C. § 727 is hereby further extended to April 30, 2021.

Dated: Brooklyn, New York
     February 16, 2021                     By:   /s/Robert J. Musso
                                             Robert J. Musso (9530)
                                           Trustee
                                           (718) 237-9059

Dated:  New York, New York
      February 16, 2021                  By:   /s/Douglas Pick
                                             Douglas Pick, Esq.
                                           Attorney for Debtor

**SO ORDERED:**