

**AFFIDAVIT OF PURCHASE**

I, __Ina Xhoxhaj__, do hereby swear and depose that on __2-13-2020__

I purchased a __(5) graphic t-shirts__ for __$217__

from __Death to Tennis__

located at __403 E. 6th St, #3, New York, NY 10009__

This item is enclosed, as well as, a Chain of Evidence, which is attached to this Affidavit.

_____
INA XHOXHAJ
STUMAR INVESTIGATIONS
1544 Dekalb Street
Norristown, PA 19401
1-800-355-1199

# EVIDENCE CHAIN OF CUSTODY

**FILE NUMBER** 20-0171　　　　**SUBJECT NAME** DEATH TO TENNIS

**ITEMS** (1) The Party Burnt water, (2) all fashion is fiction neon green, (3), The Party Burnt olive, (4) all fashion is fiction orange

(5) e.g.f. pink

## IN THE CUSTODY OF:

| Date Received | Name | Title | Signature | Date Released | Sent Via |
|---|---|---|---|---|---|
| 02/24/2020 | Ina Xhoxhaj | Investigative Analyst | [signature] | 3/6/20 | UPS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |