

**SOHO GRIT**
28 May 2020

## PREVIEW ##
Late-June drops being announced soon.
Collaboration with @deathtotennis.
## PREVIEW ##

.
.
.
.
.
.
.
.
.
.
.
.

#streetwear #streetstyle #streetfashion #sneakerhead #sneakers #sohogrit #love #style #styleinspo #styleblogger #styleoftheday #fashion #fashionstyle #fashionphotography #paris #london #instadaily #inspiration #instafashion #styleinspiration #styleoftheday
See less

👍 2

Like    Comment    Share

Write a comment...