United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 20-44008-nhl
William Watson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Mar 17, 2021      Form ID: 178      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Watson, 48-10 43rd Street, Woodside, NY 11377-6844 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9908448 | + | Death to Tennis Corp., 48-10 43rd Street, Woodside, NY 11377-6844 |
| 9908449 | + | Eva Xia, 48-10 43rd Street, Woodside, NY 11377-6844 |
| 9908450 | + | Focus 15 LLC, c/o Downing & Peck P.C., 17 Battery Place, Suite 324, New York, NJ 10004-1148 |
| 9908451 | + | Friends Up North Corp., 48-10 43rd Street, Woodside, NY 11377-6844 |
| 9908452 | + | Golden Focus, LLC, c/o Downing & Peck P.C., 17 Battery Place, Suite 324, New York, NJ 10004-1148 |
| 9908453 | + | Gotham Gastroenterology, 535 5th Avenue, Suite 604, New York, NY 10017-8010 |
| 9908456 | | Mt. Sinai Beth Israel, 116 Lukens Drive, Riveredge Park, New Castle, DE 19720 |
| 9908460 | ++ | NEW YORK STATE ATTORNEY GENERAL, 28 LIBERTY STREET, NY NY 10005-1496 address filed with court:, NYS Attorney General, 120 Broadway, New York, NY 10271 |
| 9908458 | + | NYC Dept. of Finance, 345 Adams Street, 3rd Floor, Legal Dept., Brooklyn, NY 11201-3739 |
| 9908459 | + | NYC Law Dept., 100 Church Street, New York, NY 10007-2668 |
| 9908461 | + | NYS Dept. of Labor, WA Harriman Campus, Building 12, #256, Albany, NY 12240-0001 |
| 9908463 | + | NYS Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| 9908457 | + | New York Pain Care, 41 5th Avenue, New York, NY 10003-4345 |
| 9908466 | + | Public Storage, 4102 Northern Boulevard, Long Island City, NY 11101-1504 |
| 9908467 | + | U.S. Dept. of Justice, Box 55, Washington, DC 20044-0055 |
| 9908468 | + | United States Attorney, One St. Andrews Plaza, Claims Unit, New York, NY 10007-1701 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 17 2021 18:15:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 17 2021 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9908454 | + | EDI: HY11.COM | Mar 17 2021 22:18:00 | Hyundai Capital America, Attn: Legal Dept., 3161 Michelson Dr., 19th Fl., Irvine, CA 92612-4418 |
| 9908455 | | EDI: IRS.COM | Mar 17 2021 22:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 9908462 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 17 2021 18:15:00 | NYS Dept. of Taxation and Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 9908464 | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 17 2021 18:14:00 | Office of the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9908465 | + | Email/Text: dpick@picklaw.net | Mar 17 2021 18:14:00 | Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 17, 2021 | Form ID: 178 | Total Noticed: 26 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J Pick | on behalf of Debtor William Watson dpick@picklaw.net  ezabicki@picklaw.net |
| Marguerite D Peck | on behalf of Creditor Golden Focus  LLC margueritepeck@downingpeck.com |
| Marguerite D Peck | on behalf of Creditor Focus 15  LLC margueritepeck@downingpeck.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Robert J Musso | on behalf of Trustee Robert J Musso Rmusso@nybankruptcy.net  NY52@ecfcbis.com |
| Robert J Musso | Rmusso@nybankruptcy.net  NY52@ecfcbis.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | William Watson | Social Security number or ITIN: xxx−xx−1205 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   11/16/20 |
| Case number: | 1−20−44008−nhl | |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before June 15, 2021** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic−filing−proof−claim−epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD−ROM/DVD or flash drive and mail it to the address stated above.

Dated: March 17, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]